UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| (1) CAROLYN WEST, individually, as Next of Kin and Personal Representative of The Estate of Opal Mae Hudgins, deceased,<br><br>Plaintiff,<br><br>vs.<br><br>(2) QUALITEST PHARMACEUTICALS, INC.;<br>(3) ELI LILLY AND COMPANY;<br>(4) XANODYNE PHARMACEUTICALS, INC.;<br>and (5) JOHN DOES 1 THROUGH 10,<br><br>Defendants. | CIVIL ACTION NO. 5:-11-cv-00169-D |

## MOTION FOR EXTENSION OF TIME TO COMPLETE SERVICE OF PROCESS

COMES NOW the Plaintiff, Carolyn West, individually, as Next of Kin and Personal Representative of the Estate of Opal Mae Hudgins, deceased, by and through her legal counsel of record, Matthew J. Sill, Sill & Medley, and respectfully requests the Court grant an extension of time for Plaintiff to complete service of process upon Defendants, Qualitest Pharmaceuticals, Inc., Eli Lilly and Company and Xanodyne Pharmaceuticals, Inc..

Plaintiff filed her original Complaint on February 17, 2011.  On February 25, 2011, Defendant Eli Lilly and Company filed a Notice of Related Actions with the United States Judicial Panel on Multidistrict Litigation ("JPML") which identified this case. A copy of which is attached hereto as Exhibit "A".  Plaintiff mistakenly believed that this Honorable Court received a copy of Defendant Eli Lilly and Company's filing.  On March 30, 2011, oral argument was made before the JPML on the potential centralization and transfer of this case, along with similar cases filed around the country, for Multidistrict Litigation proceedings.  The JPML deferred its decision on centralization and transfer until additional oral argument is

presented on July 28, 2011. A copy of Plaintiff's counsel's Notice of Presentation or Waiver or Oral Argument is attached hereto as Exhibit "B".

Recently, in a similar case, Plaintiff's counsel has served defendants involved in the potential MDL by agreement. Plaintiff is attempting to do the same in this case. Summons has now been issued. Given the unusual procedural history of this case, Plaintiff requests an additional thirty (30) days or until August 13, 2011, to complete service of process upon Defendants. Plaintiff is contacting counsel for Defendants to address any potential objection to her request.

Respectfully submitted,

  /s/ Matthew J. Sill
Matthew J. Sill, OBA #21547
SILL & MEDLEY
14005 N. Eastern Ave.
Edmond, OK 73013
Phone: (405) 509-6300
Fax:   (405) 509-6268
E-mail: matt.sill@sillmedleylaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of July, 2011, I electronically transmitted the foregoing directly to counsel for Defendants at their respective electronic addresses, and to the Clerk of Court using the ECF System for filing and transmittal of a Notice of Electronic Filing to registered registrants associated with this case.

*/s/ Matthew J. Sill*