UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
(at Covington)

| | |
|---|---|
| IN RE: DARVOCET, DARVON AND PROPOXYPHENE PRODUCTS LIABILITY LITIGATION )<br>)<br>)<br>) | Lead Case 2:11-md-2226-DCR<br>MDL Docket No. 2226 |
| *West v. Qualitest Pharmaceuticals Inc et al* )<br>)<br>)<br>)<br>)<br>) | Member Case: *2:11-cv-186-DCR*<br><br>**STIPULATION** |

### STIPULATION EXTENDING DEFENDANT QUALITEST PHARMACEUTICALS, INC.'S TIME TO RESPOND TO PLAINTIFF'S COMPLAINT

IT IS HEREBY STIPULATED by and between Sill & Medley, attorneys for Plaintiff, and Morris Polich & Purdy LLP, attorneys for Defendant Qualitest Pharmaceuticals, Inc., that the time for Defendant Qualitest Pharmaceuticals, Inc. to move, answer, or otherwise respond to Plaintiff's Complaint in the above-captioned action has been extended to and including thirty (30) days from the preliminary status conference currently scheduled for September 26, 2011, or pursuant to any case management order put in place in connection with these MDL No. 2226 cases, whichever is longer.

Defendant Qualitest Pharmaceuticals, Inc. does not waive any affirmative or other defenses by the extension of time agreed upon herein.

Dated:  September 13, 2011

| **MORRIS POLICH & PURDY LLP** | **SILL & MEDLEY** |
|---|---|
| | By: _____ |
| By: **/s/ Carolyn Taylor** | Matthew J. Sill |
| Carolyn Taylor | 14005 N. Eastern Avenue |
| Tammara N. Tukloff | Edmond, OK 73013 |
| 501 W. Broadway, Suite 500 | (405) 509-6300 |
| San Diego, California 92101 | Email: **Matt.sill@sillmedleylaw.com** |
| Telephone: (619) 557-0404 | |
| Email: **CTaylor@mpplaw.com** | *Attorneys for Plaintiff Carolyn West, individually and as Next of Kin and Personal Representative of the Estate of Opal Mae Hudgins* |
| *Attorneys for Qualitest Pharmaceuticals, Inc.* | |

SD106018.DOCX

CERTIFICATE OF SERVICE

I hereby certify that on September 13, 2011, I electronically filed the forgoing with the clerk of the court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record registered with the Eastern District of Kentucky CM/ECF.

Notice will also be sent via regular U.S. mail to:

**Matthew J. Sill, Esq.**
**SILL & MEDLEY**
**14005 N. Eastern Avenue**
**Edmond, OK 73013**

**Amy Sherry Fischer, Esq.**
**Larry D. Ottaway, Esq.**
**FOLIART HUFF OTTAWAY & BOTTOM**
**201 Robert S Kerr Avenue**
**12th Floor**
**Oklahoma City, OK 73102**

          /s/ Haley Chrystie
          **Haley Chrystie**